**PAUL JUNIUS FELIX #183625**       **CASE NO. 6:19-CV-01515 SEC P**

**VERSUS**                                       **JUDGE MICHAEL JUNEAU**

**JASON KENT**                              **MAGISTRATE JUDGE WHITEHURST**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant habeas corpus petition be **DISMISSED WITH PREJUDICE** as time barred.

THUS DONE in Chambers on this _____17th_____ day of _March_, 2020.

_____
Michael J. Juneau
**United States District Judge**